**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DEBORAH D. SHANDS**                                              **PLAINTIFF**

**v.**                          **CASE NO.  3:25-CV-00113-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                              **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 16] is adopted, the Commissioner's decision is reversed and remanded, and the ALJ is directed to develop the record by addressing the issues identified by Judge Kearney.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE