**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEBORAH D. SHANDS**                                                    **PLAINTIFF**

**v.**                          **CASE NO.  3:25-CV-00113-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is reversed and remanded for further

consideration.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE