**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEBORAH D. SHANDS** **PLAINTIFF**

**v.** **CASE NO. 3:25-cv-00113-BSM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**
*Commissioner*

**ORDER**

The application for attorney fees of Rick Spencer, counsel for Deborah Shands, [Doc. No. 19] is granted because the application is reasonable. The Social Security Administration is ordered to pay Shands $3,364.50 which may be subject to offset to satisfy any pre-existing debt that Shands owes to the United States. *See* 28 U.S.C.§ 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 588 (2010).

IT IS SO ORDERED THIS 6th day of August, 2026.

UNITED STATES DISTRICT JUDGE